**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00516-CR
### No. 05-13-00517-CR

**DONALD GENE BLANTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 23078-86, 23592-86**

## ORDER

Appellant's June 20, 2013 motion for extension of time to file appellant's pro se brief is

**GRANTED**.  The time to file appellant's brief is **EXTENDED** to **NINETY DAYS** from the

date of this order.

/s/      LANA MYERS
        JUSTICE